542 A.2d 847

**Larry Darnell BERRY**

v.

**STATE of Maryland.**

**No. 37, Sept. Term, 1988.**

Court of Appeals of Maryland.

June 24, 1988.

Submitted to MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 24th day of June, 1988

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals of Maryland be, and it is hereby, reversed, and the case remanded to that court for reconsideration in light of *Nightingale v. State,* 312 Md. 699, 542 A.2d 373 (1988). Costs to be paid by Dorchester County.